IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 18-cv-00880-PAB-NYW

PACIFIC SPECIALTY INSURANCE COMPANY, a California corporation,

      Plaintiff,

v.

SAVANNA POIRIER and
JASON MENDOZA,

      Defendants.

_____

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION
_____

This matter is before the Court on the Recommendation of United States

Magistrate Judge Nina Y. Wang filed on July 8, 2019 [Docket No. 45]. The

Recommendation states that objections to the Recommendation must be filed within

fourteen days after its service on the parties. *See* 28 U.S.C. § 636(b)(1)(C). The

Recommendation was served on July 8, 2019. No party has objected to the

Recommendation.

In the absence of an objection, the district court may review a magistrate judge's

recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927

F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985)

("[i]t does not appear that Congress intended to require district court review of a

magistrate's factual or legal conclusions, under a *de novo* or any other standard, when

neither party objects to those findings"). In this matter, the Court has reviewed the

Recommendation to satisfy itself that there is "no clear error on the face of the record."[1]

Fed. R. Civ. P. 72(b), Advisory Committee Notes.  Based on this review, the Court has

concluded that the Recommendation is a correct application of the facts and the law.

Accordingly, it is

**ORDERED** as follows:

1.  The Recommendation of United States Magistrate Judge [Docket No. 45] is

accepted.

2.  Plaintiff's Motion to Amend the Complaint [Docket No. 39] is granted.

3.  Plaintiff shall file its amended complaint in the form found at Docket No. 39-5

within seven days of the date of this order.

DATED August 7, 2019.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
Chief United States District Judge

---

[1]This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review.  Fed. R. Civ. P. 72(b).